NUMBER 13-06-185-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 







AMERICAN GUARANTEE AND LIABILITY

INSURANCE COMPANY AS SUBROGEE 

OF LOOMIS INTERNATIONAL, INC., Appellant,


v.



BASIC ENERGY SERVICES GP, LLP, AND BASIC 

ENERGY SERVICES, INC. D/B/A BES HOLDING CO., Appellees.





On appeal from the 94th District Court


of Nueces County, Texas.






MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides
Memorandum Opinion Per Curiam


 Appellant, American Guarantee and Liability Insurance Company as Subrogee
of Loomis International, Inc., perfected an appeal from a judgment entered by the 94th
District Court of Nueces County, Texas, in cause number 04-05835-C. After the
record and briefs were filed, the parties filed a joint motion to dismiss with prejudice. 
In the motion, the parties state that they have settled their differences and request
that the underlying action be dismissed with prejudice. 

 The Court, having considered the documents on file and the joint motion to
dismiss the appeal with prejudice, is of the opinion that the motion should be granted. 
The joint motion to dismiss with prejudice is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and 

filed this 18th day of January, 2007.